IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MORGAN DARROUGH, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil Action No. 3:21-01900-B |
| FORTERRA PRESSURE PIPE, INC., | § § § | |
| *Defendant*. | § § | |

## STIPULATION TO DISMISS ACTION

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

This action is hereby dismissed with prejudice against Defendant.

The parties shall each bear their own attorneys' fees and costs in connection with this matter.

Respectfully submitted,

By:   */s/ W.D. Masterson*
W. D. Masterson
Texas Bar No.  13184000
wdm@kilgorelaw.com
D. Elizabeth Masterson
Texas Bar No. 00791200
Kilgore & Kilgore, PLLC
3109 Carlisle Street
Dallas, TX 75204
(214) 969-9099 – Telephone
(214) 953-0133 – Facsimile

**ATTORNEYS FOR PLAINTIFF
MORGAN DARROUGH**

By:  */s/ Julie E. Heath*
Julie E. Heath
Texas Bar No. 09348050
julie.heath@fghwlaw.com
Megan E. Legband
Texas Bar No. 24122219
megan.legband@fghwlaw.com
**FARROW-GILLESPIE HEATH WITTER LLP**
1700 Pacific Avenue, Suite 3700
Dallas, Texas 75201
(214) 361-5600 – Telephone
(214) 203-0651 – Facsimile

**ATTORNEYS FOR DEFENDANT FORTERRA PIPE AND PRECAST, LLC (incorrectly named FORTERRA PRESSURE PIPE & PRECAST, INC. )**