UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MORGAN DARROUGH,<br><br>   Plaintiff,<br><br>v.<br><br>FORTERRA PRESSURE PIPE, INC.,<br><br>   Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 3:21-CV-1900-B |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Morgan Darrough and Defendant Forterra Pressure Pipe, Inc. have announced to the Court that all causes of action asserted in this action have been resolved. A Joint Stipulation of Dismissal ("Stipulation") has been signed and filed with the Court (Doc. 29). Having considered the Stipulation, the Court makes and delivers the following ruling:

It is **ORDERED** that the claims and causes of action asserted by Plaintiff herein are hereby **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs, including any attorney's fees.

SO ORDERED.

SIGNED: November 2, 2022.

*[signature]*
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE